IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICKY SWEET,

    Plaintiff,

vs.                         4:08CV229-MMP/AK

WALTER MCNEIL, et al,

    Defendants .

_____/

## ORDER OF DISMISSAL

Plaintiff has filed a Notice of Voluntary Dismissal, which this Court hereby **GRANTS**, and this cause is hereby **DISMISSED**.

**DONE AND ORDERED** this 7th day of July, 2008.

                        *s/ A. KORNBLUM*
                        ALLAN KORNBLUM
                        UNITED STATES MAGISTRATE JUDGE